**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

October 12, 2023

Writer's Direct Contact
+1 (212) 336-4142
PSkinner@mofo.com

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *DRC LC Ventures, LLC v. Dalpour,* 23 Civ. 7827 (JGLC)

Dear Judge Clarke:

We represent Plaintiffs in the above-referenced matter and write with respect to Defendants' partial motion to dismiss, which was filed on October 5, 2023, and Defendants' lawyers' motion to withdraw and for a 30-day stay, which was filed on October 12, 2023. (Dkts. 16 and 19).

With respect to Defendants' partial motion to dismiss (Dkt. 16), Plaintiffs write pursuant to Rule 4(e) of the Court's Individual Rules and Practices to notify the Court and Defendants that they intend to file an amended complaint on or before October 26, 2023. *See* Fed. R. Civ. P. 15(a)(1)(B) (permitting first amendment "as a matter of course" within 21 days of receiving a motion to dismiss). Defendants' partial motion to dismiss, which does not seek dismissal of Plaintiffs' breach of contract claims or claims for declaratory relief with respect to Defendants' personal guaranties and pledges, is focused primarily on Plaintiffs' two fraud claims. The original complaint explained in exhaustive detail how Defendants committed fraud by knowingly making misrepresentations about when and how Plaintiffs would be repaid, which induced Plaintiffs to delay their pursuit of this lawsuit. Plaintiffs intend to amend the complaint to add new facts that they have learned since filing their original complaint, including that Defendant fraudulently pledged the same assets as security to Plaintiffs that he had previously pledged to other investors.

**MORRISON FOERSTER**

October 12, 2023
Page Two

      With respect to Defendants' lawyers' motion for a 30-day stay (Dkt. 19), unless the Court instructs otherwise, Plaintiffs intend to submit a brief in opposition to the stay application on or before October 25, 2023.  *See* Local Civil Rule 6.1(b) (allowing 14 days for service of opposing briefs for non-discovery motions).

                        Respectfully,

                        *S/ Peter M. Skinner*
                        Peter M. Skinner

cc:    James P. Chou
         Marshall Dworkin
         *Counsel for Defendants*