UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRC LV VENTURES, LLC, SCOTT SCHROEDER, MARINE PARK INVESTMENTS, LLC, AND GREENWAY FINANCIAL GROUP, LLC,

*Plaintiffs*,

v.

IDIN DALPOUR AND MAXBEN HOLDINGS, LLC,

*Defendants.*

Docket No.: 1:23-cv-07827 (JGLC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that James P. Chou, Esq., of the law firm Moritt Hock & Hamroff, LLP, is admitted to practice in this court and hereby appears as counsel for Defendants Idin Dalpour and Maxben Holdings, LLC, and respectfully requests that all papers given or required to be served in this proceeding be given or served, as the case may be, to or upon the undersigned at the address and telephone and email address set forth below.

Date:  New York, New York
       October 13, 2023

Respectfully submitted,

**MORITT HOCK & HAMROFF LLP**

By: */s/ James P. Chou*
James P. Chou, Esq.
1407 Broadway, Suite 3900
New York, NY 10018
(212) 239-2000
Jchou@moritthock.com
*Attorneys for Defendants*

cc:   All counsel of record (via ECF)

3399123v1