UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRC LV VENTURES, LLC, et al.,

                Plaintiffs,

-against-

IDIN DALPOUR, et al.,

                Defendants.

23-CV-7827 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Complaint in this matter was filed on September 1, 2023. *See* ECF No. 1. On October 11, 2023, counsel for Defendants, Moritt Hock & Hamroff LLP ("MHH"), filed a motion to withdraw as counsel and for a 30 day stay of the proceedings while Defendants retain new counsel. *See* ECF No. 19. On October 25, 2023, Plaintiffs filed an opposition to the motion to stay. *See* ECF No. 22.

It is hereby ORDERED that MHH's application to withdraw as counsel for Defendants is GRANTED.

It is further ORDERED that Defendants retain new counsel in this case by **November 9, 2023**. Any new counsel shall file a notice of appearance on ECF by **November 9, 2023**.

It is further ORDERED that MHH's motion for a stay is DENIED. Defendants shall answer, move or otherwise respond to the Amended Complaint by **November 16, 2023**. The joint letter and proposed Civil Case Management Plan remain due on **November 23, 2023** and the initial pretrial conference remains scheduled for **November 30, 2023** at **2:00 p.m.**

The Clerk of Court is directed to terminate ECF No. 19.

Dated: October 27, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge