UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRC LV VENTURES, LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> IDIN DALPOUR, et al., <br><br> Defendants. | 23-CV-7827 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On June 7, 2024, Moritt Hock & Hamroff, LLP ("MHH") requested that the Court extend the deadline to comply with the Court's May 30, 2024 Order. *See* ECF No. 44. The Court GRANTS this extension, with the log of information from MHH due **July 8, 2024.** Plaintiffs are directed to send a copy of this Order to MHH.

Dated: June 7, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

# Clarke NYSD Chambers

| | |
|---|---|
| **From:** | Marshall Dworkin <mdworkin@moritthock.com> |
| **Sent:** | Friday, June 7, 2024 10:36 AM |
| **To:** | Clarke NYSD Chambers |
| **Cc:** | James P. Chou; Skinner, Peter M.; jt@ts-firm.com |
| **Subject:** | DRC LV Ventures, LLC et al. v. Idin Dalpour et al., Case No. 23-cv-07827 (JGLC) |

**CAUTION - EXTERNAL:**

To The Chambers of the Hon. Jessica G.L. Clarke:

We write with respect to the Court's May 30, 2024, Order ("May Order") directing Moritt Hock & Hamroff, LLP ("MHH") to, among other things, provide the Court with a log identifying the various relevant categories that the documents MHH previously submitted to the Court correspond with. Neither party to this litigation forwarded the May Order to our attention and we no longer receive notices from Pacer in this matter since we withdrew as counsel for Idin Dalpour and Maxben Holdings, LLC in October 2023. As a result, we only learned of the May Order recently after reviewing the docket in this matter. Due to the late notice, breadth of documents that need to be re-reviewed and categorized, and the fact that we have several critical motion and appellate papers due in other matters over the next several weeks, we respectfully request an extension of thirty (30) days from today – or until July 8, 2024 – to comply with this Court's May Order. Separately, MHH has already and will continue to expend significant time complying with the Subpoena and all obligations thereunder. We intend to work in good faith with Plaintiffs' counsel to recover all reasonable fees and costs associated with the Subpoena. However, if the parties cannot come to an agreement, we respectfully request the Court's guidance or permission to file an application for payment of reasonable fees and costs associated with the Subpoena.

We thank the Court for its attention to this matter.




**Marshall Dworkin**
*Counsel*

  New York City Office
📞 212.239.2000
🌐 www.moritthock.com

📞 646.880.5318
✉ mdworkin@moritthock.com

 

NEW YORK CITY | GARDEN CITY | FORT LAUDERDALE

CONFIDENTIALITY NOTICE: This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.