UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DRC LV VENTURES, LLC, SCOTT SCHROEDER, MARINE PARK INVESTMENTS, LLC, AND GREENWAY FINANCIAL GROUP, LLC,

                Plaintiffs,

-against-   23 CIVIL 7827 (JGLC)(SN)

## JUDGMENT

IDIN DALPOUR AND MAXBEN HOLDINGS, LLC,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's approved Stipulation and Order dated December 18, 2024, judgment is hereby entered in favor of Plaintiffs and against Defendants on all Counts in the Amended Complaint in the amount of $5,009,400.

**Dated:** New York, New York

      January 27, 2025

                                          TAMMI M. HELLWIG
                                          _____
                                             **Clerk of Court**

                      **BY:**

                                    _____
                                             **Deputy Clerk**