UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRC LV VENTURES, LLC, SCOTT SCHROEDER, MARINE PARK INVESTMENTS, LLC, and GREENWAY FINANCIAL GROUP, LLC,

                Plaintiffs,

-against-

IDIN DALPOUR and MAXBEN HOLDINGS, LLC,

                Defendants.

23-CV-7827 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      On December 18, 2024, the Court entered a Stipulation and Order of Final Judgment in this breach-of-contract action. ECF 61. On October 20, 2025, counsel for Defendants petitioned the Court to withdraw as counsel due to nonpayment of fees for more than one year. ECF No. 63. In their opposition, Plaintiffs requested that the Court condition any grant of counsel's motion on the provision of an email address for Defendants to accept service of process moving forward. ECF No. 64.

      However, a corporate entity may appear in federal court only through counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed pro se."). This principal applies equally to limited liability companies. *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007).

      The Court hereby ORDERS Defendants to file a letter no later than November 25, 2025, indicating an email address and mailing address where they will accept service and filings in this action after withdrawal of their counsel. Upon receiving such information, the Court will grant

Defendants' counsel's motion to withdraw and will provide Defendant Maxben Holdings, LLC 30 days to secure new counsel.

Dated: November 17, 2025
       New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge