**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**DRC LV VENTURES, LLC, et al.,**

                                        **Plaintiffs,**               **23-CV-07827 (JGLC)(SN)**

                    **-against-**                                         **ORDER**

**IDIN DALPOUR, et al.,**

                                        **Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2026

**SARAH NETBURN, United States Magistrate Judge:**

On April 6, 2026, the Court held a conference to discuss the scheduling of Mr. Dalpour's deposition. As discussed at the conference, Mr. Dalpour is ORDERED to appear for a deposition on April 28, 2026, pursuant to Defendants' notice.

If Mr. Dalpour fails to appear for his deposition, he may be subject to sanctions, including daily monetary sanctions for each day that he fails to appear.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        April 7, 2026
              New York, New York

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DRC LV VENTURES, LLC, SCOTT SCHROEDER,
MARINE PARK INVESTMENTS, LLC, AND
GREENWAY FINANCIAL GROUP, LLC,

        Plaintiffs,

     -against-

IDIN DALPOUR AND MAXBEN HOLDINGS, LLC,

        Defendants.

23 Civ. 7827 (JGLC)

**PLAINTIFFS' NOTICE OF
DEPOSITION TO DEFENDANT
IDIN DALPOUR**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs DRC LV Ventures, LLC, Scott Schroeder, Marine Park Investments, LLC, and Greenway Financial Group, LLC, will take the deposition upon oral examination of Defendant Idin Dalpour on April 28, 2026, beginning at 10:00 a.m. at the office of Boies Schiller Flexner LLP, 55 Hudson Yards, New York, New York 10001.

PLEASE TAKE FURTHER NOTICE that the deposition will be conducted before a notary public or other person authorized by law to administer oaths, the deposing party intends to cause the proceeding to be recorded both stenographically and by videotape, and a real-time transcription service such as LiveNote may be used.

Dated:   New York, New York
       April 6, 2026

        By:    *S/ Peter Skiner*
               Peter Skinner
               BOIES SCHILLER FLEXNER LLP
               55 Hudson Yards
               New York, NY  10001
               Tel.:  (212) 303-3654
               Email: pskinner@bsfllp.com

               *Counsel for Plaintiffs*

NY-2414066

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Plaintiffs' Notice of

Deposition to Idin Dalpour has been served by email on April 6, 2026, on Idin Dalpour.

*S/ Peter Skinner*
Peter Skinner

2